**Electronically Filed
Supreme Court
SCWC-11-0000660
04-DEC-2014
03:16 PM**

SCWC-11-0000660

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

GREAT AMERICAN HOTELS AND RESORTS, INC., a Georgia Corporation,
Respondent/Plaintiff-Appellee,

vs.

SYLVIA CABRAL,
Petitioner/Defendant-Appellant,

and

PALISADE POINTE ESTATES, INC., a Georgia Corporation,
WILMER A. AYERS,
Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000660; Civil No. 10-1-0614(2))

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Sylvia Cabral's Application

for Writ of Certiorari filed on October 30, 2014, is hereby

rejected.

DATED:  Honolulu, Hawai'i, December 4, 2014.

Sylvia Cabral,
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

